1 | David Spivak (SBN 179684)
2 | david@spivaklaw.com
  | THE SPIVAK LAW FIRM
3 | 9454 Wilshire Boulevard, Suite 303
  | Beverly Hills, California 90212
4 | Telephone: (310) 499-4730
5 | Facsimile: (310) 499-4739

6 | Attorneys for Plaintiff
  | SHANE STUDLEY
7 | (Additional Attorneys for Plaintiffs on Next Page)

8

9 | **UNITED STATES DISTRICT COURT**

10

11 | **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

12

| | |
|---|---|
| SHANE STUDLEY, and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLIANCE HEALTHCARE SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS ALLIANCE IMAGING, a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:10-CV-0067-CJC (ANx)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT BY PLAINTIFF SHANE STUDLEY**<br><br>***Hearing Information***<br>Date:     September 30, 2013<br>Time:    1:30 p.m.<br>Place:   Courtroom 9B<br>             Santa Ana<br>Judge:  Hon. Cormac J. Carney<br><br>***Submitted Under Separate Cover***<br>1. Memorandum of Points and Authorities;<br>2. Declarations of David Spivak, Shaun Setareh, and Louis Benowitz; and<br>3. [Proposed] Order. |

NOTICE OF MOTION AND MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

## ADDITIONAL ATTORNEYS FOR PLAINTIFF

Shaun Setareh (SBN 204514)
   shaun@setarehlaw.com
Hayley Schwartzkopf (SBN 265131)
   hayley@setarehlaw.com
LAW OFFICES OF SHAUN SETAREH
9454 Wilshire Boulevard, Suite 711
Beverly Hills, California 90212
Telephone:  (310) 888-7771
Facsimile:   (310) 888-0109

Louis Benowitz (SBN 262300)
   louis@benowitzlaw.com
LAW OFFICES OF LOUIS BENOWITZ
9454 Wilshire Boulevard, Penthouse Floor
Beverly Hills, California 90212
Telephone:  (310) 844-5141
Facsimile:   (310) 492-4056

# NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Monday, September 30, 2013 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 9B at the Ronald Reagan Federal Building and the United States Courthouse of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff Shane Studley ("Plaintiff") will and hereby does move this Court for an order:

1. Preliminarily approving the Stipulation for Settlement and Release of Class Action Claims (the "Agreement") submitted concurrently herewith as Exhibit 1 to the Declaration of David Spivak;

2. Conditionally certifying the following Class solely for purposes of settlement: "All persons employed by Alliance Healthcare Services, Inc. ("Defendant" or "Alliance") as Technologists in California from January 28, 2007 until the Date of Preliminary Approval of this settlement by the Court who have not previously entered into an agreement with Defendant releasing their Released Claims, subject to the limitations and exclusions set forth in this Agreement."

3. Appointing Plaintiff as Class Representative for the Class;

4. Appointing David Spivak of The Spivak Law Firm, Shaun Setareh and Hayley Schwartzkopf of the Law Offices of Shaun Setareh, and Louis Benowitz of the Law Offices of Louis Benowitz as Class Counsel (collectively "Plaintiff's Counsel" or "Class Counsel") for the Class;

5. Approving the form and content of the "Notice of Proposed Settlement and Final Approval Hearing" and "Claim Form" concurrently submitted herewith;

6. Approving the notice procedure set forth in the Agreement;

7. Directing that notice be given to the Class; and

8. Scheduling a final fairness hearing.

This Motion is made on the grounds that:

1. The Agreement is fair, adequate, and reasonable as required under Rule 23(e);

2. The Class meets all of the requirements for class certification for purposes of settlement pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure;

3. Plaintiff and his counsel are adequate to represent the Class as required by Rules 23(a)(4) and (g);

4. The notice procedures and related forms comport with all relevant due process and Rule 23(c)(2)(B) requirements; and

5. Based on the foregoing, notice should be directed to Class and a final fairness hearing should be scheduled.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the declarations of David Spivak, Shaun Setareh, and Louis Benowitz in support thereof, all accompanying exhibits, all papers and pleadings on file with this Court, and such further evidence and arguments as may be presented at or in connection with the hearing on this Motion.

In accordance with Local Rule 7-3, counsel for Plaintiff and Defendant met and conferred before the filing of this Motion.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: August 30, 2013    BY _____
DAVID SPIVAK
Attorneys for Plaintiff
SHANE STUDLEY

2
NOTICE OF MOTION AND MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT