# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SHANE STUDLEY, and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALLIANCE HEALTHCARE SERVICES, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS ALLIANCE IMAGING, a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:10-CV-0067-CJC (ANx)<br><br>**JUDGMENT**<br><br>*Hearing Information*<br>Date:    February 3, 2014<br>Time:    1:30 p.m.<br>Place:    Courtroom 9B<br>           Santa Ana<br>Judge:   Hon. Cormac J. Carney |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Named Plaintiff Shane Studley's Motions for Final Approval of Class Action Settlement and for Awards of Attorneys' Fees, Costs, and Class Representative Enhancement came for hearing on February 3, 2013 in the above-captioned Court, the Honorable Cormac J. Carney presiding. The Court having previously granted preliminary approval of the Agreement on September 26, 2013, the parties having fully briefed the issues regarding final approval and awards of attorneys' fees, costs, and enhancement payments, the cause having been heard, and the Court having granted final approval of the Agreement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgment is entered on the terms set forth in the Order Granting Motions for: (1) Final Approval of Class Action Settlement; and (2) Awards of Attorneys' Fees and Costs, Class Representative Enhancement, and Claims Administration Charges.

IT IS SO ORDERED.

Dated: February 3, 2014    BY_____
                          HON. CORMAC J. CARNEY
                          United States District Judge